


UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA -- WESTERN DIVISION

CR 10-192 GHK

UNITED STATES OF AMERICA, Plaintiff,

v.

Alejandro Tacobi, Defendant.

ORDER [OF DETENTION] [SETTING CONDITIONS OF RELEASE] AFTER HEARING (18 U.S.C. §3148(b): (Allegations of Violation of Pretrial Conditions of Release)

A.

On motion of the Government involving an alleged violation of conditions of pretrial release, and a warrant for arrest,

B.

The court finds there is:

(1)

(A) (✓) Probable cause to believe that the defendant has committed a Federal, State, or local crime while on release and/or

(B) ( ) Clear and convincing evidence that the defendant has violated

any other condition of release; and

(2) (A) ( ) Based on the factors set forth in 18 U.S.C. §3142(g), there is no condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the safety or any other person or the community; or

(B) (✓) The defendant is unlikely to abide by any condition or combination of conditions of release.

(3) ( ) There is probable cause to believe that, while on release, the defendant committed a Federal, State, or local felony, and the presumption that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community has not been rebutted.

OR

(4) ( ) The court finds that there are conditions of release that will assure that the defendant will not flee or pose a danger to the safety any other person or the community, and that the defendant will abide by such conditions. See separate Order setting conditions.

( ) It is further ordered that this order is stayed for72 hours in order to allow the Government to seek review from the assigned district judge or criminal duty district judge as appropriate.

///
///
///
///
///
///
///

OR

C.

( ) IT IS ORDERED defendant be detained prior to trial.

DATED: 3/18/14

UNITED STATES MAGISTRATE JUDGE